IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACQUELYNNE HERNANDEZ,

      Plaintiff,

v.

      No. _____

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF
SANDIA, LLC, a wholly owned subsidiary
of Honeywell International, Inc dba
SANDIA NATIONAL LABORATORIES,

      Defendant.

## NOTICE OF REMOVAL

COMES NOW Defendant National Technology and Engineering Solutions of Sandia, LLC ("NTESS" or "Sandia"),[1] by and through its counsel of record, Stelzner, Winter, Warburton, Flores & Dawes, P.A. (Quentin Smith), pursuant to 28 U.S.C. §§ 1331, 1367, 1441, 1446, 1653, and D.N.M.LR-Civ. 81.1(a), and hereby removes this action to the United States District Court for the District of New Mexico. In support of removal, Defendant Sandia states:

1. On March 4, 2022, Plaintiff Jacquelynne Hernandez filed her Complaint for Discrimination (hereinafter, "Complaint"), Cause No. D-202-CV-2022-01106, in the Second Judicial District Court, County of Bernalillo, State of New Mexico.

---

[1] Plaintiff incorrectly uses the plural "Defendants" in the caption of her Complaint. The correct Defendant in this action is NTESS, which was Plaintiff's former employer. NTESS is a wholly owned subsidiary of Honeywell International, Inc. ("Honeywell"), and NTESS does business as Sandia National Laboratories. However, those facts do not indicate that there is more than one Defendant. If Plaintiff later clarifies that she is intending to bring her claims separately against Honeywell, then Honeywell reserves the right to seek dismissal as an improperly named party. At any rate, pursuant to 28 U.S.C. § 1446(b)(2)(A), all entities identified in the caption unanimously consent to removal of this action to federal court.

2. On May 19, 2022, Plaintiff served Defendant Sandia by mail. This Notice of Removal is filed within thirty (30) days of service of the Complaint and, thus, is timely filed under 28 U.S.C. § 1446(b).

3. In the Complaint, Plaintiff brings three federal claims against Defendant Sandia. In Count I, Plaintiff brings a claim against Defendant Sandia for alleged race and color discrimination in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq*. (*see* Complaint, ¶¶ 4-27); in Count II, Plaintiff brings a claim against Defendant Sandia for alleged age discrimination in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 623, *et seq.* (*see* Complaint, ¶¶ 28-32); and in Count III, Plaintiff brings claims pursuant to 42 U.S.C. § 1981 ("Section 1981). Pursuant to 28 U.S.C. § 1331, this Court has federal jurisdiction over each of these federal claims.

4. Copies of all process, pleadings, and notices filed in the Second Judicial District Court are attached as **Exhibit A**. These include the Complaint for Discrimination, **Ex. A-1**, Court-Annexed Arbitration Agreement, **Ex. A-2**, Jury Demand, **Ex. A-3**, and Summons, **Ex. A-4**. A copy of the state court docket sheet as of the filing of this date is also attached as **Exhibit B**.

5. Immediately upon filing this Notice, Defendant Sandia has given written notice thereof to Plaintiff as required by 28 U.S.C. § 1446(d) and have filed a copy of said Notice with the Clerk of the Court from which this action is removed.

6. Defendant Sandia reserves the right to supplement this Notice of Removal under 28 U.S.C. § 1653 and D.N.M.LR-Civ. 81.1(a), which authorize supplementation of a removal within thirty (30) days of removal.

WHEREFORE, Defendant Sandia hereby requests the Court to remove Cause No. D-202-CV-2022-01106 from the Second Judicial District Court, County of Bernalillo, State of New Mexico, in this Court for trial and determination.

STELZNER, WINTER, WARBURTON,
  FLORES & DAWES, P.A.
*Attorneys for Defendant Sandia*
P.O. Box 528
Albuquerque, NM 87103
(505) 938-7770
qsmith@stelznerlaw.com

        /s/ Quentin Smith
By: _____
        Quentin Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Notice of Removal" was sent by email to Plaintiff's counsel, Steven K. Sanders & Associates, LLC (Steven K. Sanders), at stevenksanders@aol.com, on this 16th day of June 2022.

/s/ Quentin Smith
_____
Quentin Smith

3