IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACQUELYNNE HERNANDEZ,

    Plaintiff,

v.                                              No. 1:22-cv-00459-JCH-JMR

NATIONAL TECHNOLOGY AND
ENGINEERING SOLUTIONS OF
SANDIA, LLC, a wholly owned subsidiary
of Honeywell International, Inc. dba
SANDIA NATIONAL LABORATORIES,

    Defendant.

## FINAL JUDGMENT

This Court has entered contemporaneously a Memorandum Opinion and Order granting summary judgment to Defendant on Plaintiff's claims and dismissing with prejudice all claims in this case. This Final Judgment, in compliance with Rule 58 of the Federal Rules of Civil Procedure, adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that final judgment is entered in favor of Defendant on Plaintiff's claims, which are **DISMISSED**, and thus this case is **DISMISSED** in its entirety.

_____
SENIOR UNITED STATES DISTRICT JUDGE